IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. 12-89 (ABJ) |
| STEPHEN W. THOMAS,<br>Defendant. | * | |

**FILED**

SEP 11 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## STATEMENT OF OFFENSE

*The United States and defendant Stephen Thomas stipulate and agree to the following facts that the United States would have proven beyond a reasonable doubt had this case proceeded to trial. They further stipulate and agree that these are not all of the facts that the United States would have proven.*

From 2005–2007, Stephen Thomas willfully evaded assessment of his individual income tax liabilities. He failed to file his 2005–2007 individual income tax returns despite earning income greater than the threshold filing amount and failed to file 2005–2007 corporate income tax returns for his companies, including ESOP Capital Group, ECG Equity Investors, ECG Advisors, ECG Securities, and ECG Development (collectively "ECG").

Between 2002 and 2004, Thomas created ECG, which was based in the District of Columbia. In or about 2005 and 2006, Thomas and the owners of two companies in Maine, Company A and Company B, agreed that Thomas, through ECG, would create Employee Stock Ownership Plans ("ESOP") for Company A and Company B, manage their operations, and manage their finances. As a result, Thomas earned income from Company A and Company B.

Thomas failed to report his personal income from Company A, Company B and a third company, Company C, and engaged in a series of affirmative acts of evasion during 2005–2007, including (a) concealing his income by moving his earnings from Company A and Company B

through bank accounts in the name of ECG and into bank accounts in the name of his wife; (b) withdrawing cash on a weekly basis from ECG, Company A, and Company B which totaled more than $400,000; and (c) using cashier's checks.

Additionally, Thomas voluntarily and intentionally purchased assets solely in his wife's name. In August of 2006, for example, Thomas wired $230,000 from Company B to an ECG account. Thomas then immediately secured two cashier's checks drawn from these funds in order to make a payment towards the purchase of his primary residence. He titled the residence in his wife's name only.

Thomas failed to report at least $573,785 of income during 2005–2007. By evading assessment of his taxes for 2005–2007, Thomas failed to pay individual income taxes of at least $154,362.

*****

I have read this Statement of Offense and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it.

_9/11/12_  
Date

_Stephen Thomas_  
Stephen Thomas

I am Mr. Thomas's attorney. I have carefully reviewed every part of this Statement of Offense, and have explained them to Mr. Thomas. To the best of my knowledge and belief, Mr. Thomas understands the Statement of Offense and his decision to sign and enter into such stipulation is an informed and voluntary one.

_9/11/12_  
Date

_Tony W. Miles_  
Tony Miles, Esq.